A CERTIFIED TRUE COPY
OCT - 3 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ARIDEA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 11 2007
BY_____
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-47)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 258 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By:_____
Deputy Clerk

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | MDTN # |
|---|---|---|---|---|
| DISTRICT OF COLUMBIA | | | | |
| | | —JDB | Jane Pennypacker v. Novartis Pharmaceuticals Corp. | 3:07-1017 |
| DC | 1 | 07-1564 | Gregory Riddle v. Novartis Pharmaceuticals Corp. | 3:07-1018 |
| DC | 1 | 07-1565 | Paul Schenk, et al. v. Novartis Pharmaceuticals Corp. | 3:07-1019 |
| DC | 1 | 07-1567 | Angelo Spiropoulos, et al. v. Novartis Pharmaceuticals Corp. | 3:07-1020 |
| DC | 1 | 07-1568 | Elizabeth Villa v. Novartis Pharmaceuticals Corp. | 3:07-1021 |